PEOPLE *ex rel.* PUTZEL *v.* SIMONSON *et al.*

(*Supreme Court, Special Term, New York County.*  December, 1891.)

</div>

CORPORATIONS—ELECTION OF OFFICERS—MANDAMUS TO INSPECTORS.

> Under Laws N. Y. 1890, c. 563, § 15, providing that the court shall, on application of a person aggrieved by any election of a corporation, etc., on notice to those affected thereby, "forthwith and in a summary way hear the affidavits, proofs, and allegations of the parties, or otherwise inquire into the matter or causes of complaint, and establish the election or order a new election, or make such order and give such relief as right and justice may require," an application for an order to compel the inspectors of election, at an annual meeting of the stockholders of a corporation, to hold a new election, will be denied unless it appears that the corporation had notice of the proceedings.

Application by Charles Putzel for an order to compel John Simonson, Robert E. Babb, and Sigismond Berendsohn, inspectors of election, at an annual meeting of the stockholders of the United States Crematory Company, to hold a new election.  Application denied.  For former reports, see 16 N. Y. Supp. 118, and 17 N. Y. Supp. 595, *mem.*

*Charles Putzel, pro se.  Charles T. Haviland,* for defendants.

LAWRENCE, J.  This application must be denied for the reason that it nowhere appears that the corporation has had notice of the proceedings.  The general term of this department held upon the application for a *mandamus* that the fifteenth [1] section of chapter 563 of the Laws of 1890 is simply a reenactment of the provisions of the Revised Statutes.  Under the provisions of the Revised Statutes it was held that the corporation itself should be made a party, and be served with notice of the presentation of the application to the court.  See *In re Pioneer Paper Co.,* 36 How. Pr. 102; *In re Schoharie Valley R. Co.,* 12 Abb. Pr. (N. S.) 394.

---

[1] Section 15 provides that "the supreme court shall, upon the application of any person or corporation aggrieved by or complaining of any election of any corporation, or any proceeding, act, or matter touching the same, upon notice thereof to the adverse party, or to those to be affected thereby, forthwith, and in a summary way, hear the affidavits, proofs, and allegations of the parties, or otherwise inquire into the matters or causes of complaint, and establish the election or order a new election, or make such order and give such relief as right and justice may require, and may, in its discretion, order issues to be made up in such a manner and form as it may direct to try the respective rights of the parties touching the matter complained of."